Matter of Transform Saleco, LLC v Onondaga County Indus. Dev. Agency (2025 NY Slip Op 01555)

Matter of Transform Saleco, LLC v Onondaga County Indus. Dev. Agency

2025 NY Slip Op 01555

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025

PRESENT: WHALEN, P.J., CURRAN, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Mar. 14, 2025.) 

MOTION NO. (628/24) OP 24-00449.

[*1]IN THE MATTER OF TRANSFORM SALECO, LLC, PETITIONER, 
v
ONONDAGA COUNTY INDUSTRIAL DEVELOPMENT AGENCY, RESPONDENT.

MEMORANDUM AND ORDER Motion for reargument or leave to appeal to the Court of Appeals denied.